# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140245

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DANIEL DERRELE MABIN,
   Defendant-Appellant.

SC: 140245
COA: 286269
Oakland CC: 2008-218685-FH

_____/

   On order of the Court, the application for leave to appeal the October 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2010

_____
Clerk

d0429